IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM DALE CARTER,

    Plaintiff,

vs.

SHAWNEE PRISON WARDEN MARTIN, *et al.*,

    Defendants.

Case No. 12-cv-205-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff William Dale Carter's appeal (Doc. 72) of Magistrate Judge Philip M. Frazier's order denying Carter's motion for leave to file amended complaint (Doc. 69).

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.* After a review of the order in question, the Court does not find Magistrate Judge Frazier's decision clearly erroneous or contrary to law.

For the foregoing reasons, the Court **DENIES** Carter's appeal (Doc. 72).

**IT IS SO ORDERED.**

**DATED:** September 3, 2013

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**